UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   12-CV-03908-DLJ |
| Plaintiff, | ) | Related criminal case 10-CR-00319-DLJ |
| | ) | |
| v. | ) | [PROPOSED] ORDER EXTENDING PERIOD OF TIME FOR GOVERNMENT TO RESPOND TO DEFENDANT'S § 2255 PETITION |
| JAIME AGUIRRE-OLIVAS, | ) | |
| Defendant. | ) | |

Upon the request of the United States, and upon the good cause shown in the Declaration of Carolyne A. Sanin filed on August 15, 2012, the Court orders that the United States may reply to the Defendant's motion filed under 28 U.S.C. § 2255 on or before November 10, 2012.

IT IS SO ORDERED.

Dated:_____

LOWELL D. JENSEN
United States District Judge